United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                            Case No. 2:20-cr-26

Joseph C. Gaines

COURTROOM MINUTES
Sentencing

| U.S. District Judge Sarah D. Morrison | | Date:   June 28, 2022 @ 10:30 a.m. | |
|---|---|---|---|
| Deputy Clerk | Theresa Bragg | Counsel for Govt: | Heather Hill/Jennifer Rausch |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Stacey MacDonald/Laura Byrum |
| Interpreter | | Pretrial/Probation: | |
| Log In | n/a | Log Out | n/a |

No objections to PSI report
Court adopts statement of facts and conclusion
Defendant sentenced to 300 months incarceration on Count 2 and 120 months incarceration on Count 4 of the Indictment, to be served consecutively. Court designates he be placed at Elkton, Petersburg or Devens.
Defendant sentenced to life on Count 2 and 3 years on Count 4 of supervised release, to run concurrently
Court waived mandatory drug testing and issues that he must participate in the sex offender registry
No fine imposed. No JVTA assessment is imposed. $200 special assessment is applied.
Gov gave oral motion to dismiss Counts 1 and 3; Court granted same
Defendant advised of right to appeal
Defendant remanded to the BOP